## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**ALBERT JACKSON, JR., and**
**CALEB RAMOS JACKSON,**

 **Plaintiffs,**

**v.**            **Case No. 3:25cv1297-MCR-HTC**

**DOYLE G. GRESHAM, II, et al.,**

 **Defendants.**

_____/

## <u>ORDER</u>

The Magistrate Judge issued a Report and Recommendation dated February 13, 2026. ECF No. 57. The Parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation, ECF No. 57, is adopted and incorporated by reference in this Order.

2.     Defendants' motions to dismiss, ECF Nos. 25, 36, & 45, are GRANTED and Plaintiffs' amended complaint, ECF No. 20,  is DISMISSED without prejudice.

3.     Within fourteen (14) days of this Order, Plaintiffs may file a second amended complaint that is consistent with the directives in the Report and Recommendation, ECF No. 57.

**DONE AND ORDERED** this 15th day of July 2026.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**