**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**ALBERT JACKSON, JR., and**
**CALEB RAMOS JACKSON,**

**Plaintiffs,**

**v.** **Case No. 3:25cv1297-MCR-HTC**

**DOYLE G. GRESHAM, II, et al.,**

**Defendants.**
_______________________________/

# ORDER

The Magistrate Judge issued a Report and Recommendation on October 6, 2026. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of all timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation, ECF No. 68, is adopted and incorporated by reference in this Order.

2. Defendants' motion to dismiss, ECF No. 65, is GRANTED.

3. Plaintiffs' second amended complaint, ECF No. 64, is DISMISSED with prejudice.

4. The clerk is directed to close the file.

**DONE AND ORDERED** this 18th day of November 2026.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**